EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Renuncia del<br>Lic. Ramón García Santiago<br>Miembro de la Comisión de<br>Disciplina Judicial | 2006 TSPR 28<br><br>166 DPR \_\_\_\_ |

Número del Caso: EN-2006-2

Fecha: 24 de febrero de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Renuncia del
Lic. Ramón García Santiago
Miembro de la Comisión de
Disciplina Judicial

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de febrero de 2006.

El Tribunal acepta la renuncia presentada por el Lcdo. Ramón García Santiago, a su cargo como miembro de la Comisión de Disciplina Judicial.

Los integrantes de este Tribunal agradecen y reconocen al licenciado García Santiago su valiosa aportación y dedicación a los trabajos de la Comisión y de este Tribunal, así como su compromiso inquebrantable con la Rama Judicial y el Pueblo de Puerto Rico.

Notifíquese esta Resolución al Lcdo. García Santiago y a los Miembros de la Comisión de Disciplina Judicial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo